1  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
2  Sarah Zenewicz, Bar No. 258068
   Kassia Stephenson, Bar No. 336175
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1596
4  Tel:    +1.415.442.1000
   Fax:    +1.415.442.1001
5  eric.meckley@morganlewis.com
   sarah.zenewicz@morganlewis.com
6  kassia.stephenson@morganlewis.com

7  Attorneys for Defendant
   ARAMARK SERVICES, INC.
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   LAWRENCE KELLY, JR, on behalf of        Case No. 4:22-cv-01272-HSG
13 himself and all others similarly situated,

                                            **ORDER GRANTING STIPULATION
14              Plaintiff,                  TO EXTEND BRIEFING SCHEDULE
                                            FOR DEFENDANT'S MOTION TO
15       vs.                                DISMISS PURSUANT TO LOCAL
                                            RULES 6-1, 6-2**
16 ARAMARK SERVICES, INC., a Delaware
   Corporation; and DOES 1 through 50,
17 inclusive,
                                            Action Filed: March 3, 2022
18              Defendant.

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

Case No. 4:22-cv-01272-HSG

ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS

## ORDER

Pursuant to the stipulation of Plaintiff Lawrence Kelly and Defendant Aramark Services, Inc., Plaintiff's deadline to file an Opposition to the Motion is June 6, 2022, and Defendant's deadline to file a Reply is June 20, 2022.

**IT IS SO ORDERED.**

**Dated:** 5/9/2022

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE