Shaun Setareh (SBN 204514)
 shaun@setarehlaw.com
Jose Maria D. Patino, Jr. (SBN 270194)
 jose@setarehlaw.com
Maxim Gorbunov (SBN 343128)
 maxim@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
LAWRENCE KELLY, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KELLY, JR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 4:22-cv-01272-HSG<br><br>**JOINT STIPULATION TO FURTHER EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PURSUANT TO LOCAL RULES 6-1, 6-2**<br><br>Action Filed: March 3, 2022 |

1	IT IS HEREBY STIPULATED between counsel for Plaintiff Lawrence Kelly, Jr. ("Plaintiff")
2	and counsel for Defendant Aramark Services, Inc. ("Defendant") (together, the "Parties") as follows:
3	WHEREAS, Plaintiff filed the above-captioned action with the Court on March 3, 2022;
4	WHEREAS, on April 22, 2012, Defendant filed its Motion to Dismiss and/or Strike Portions
5	of Plaintiff's Complaint ("Motion to Dismiss");
6	WHEREAS, the Motion to Dismiss is currently set for hearing on October 27, 2022;
7	WHEREAS, on May 9, 2022, the Court granted the Parties' Stipulation to extend the briefing
8	schedule for the Motion to Dismiss, making Plaintiff's Opposition currently due by June 6, 2022 and
9	Defendant's Reply due by June 20, 2022;
10	WHEREAS, the Parties have made progress in their discussions but require additional time to
11	confer upon, draft, and finalize the contemplated amended complaint that should moot the pending
12	Motion to Dismiss;
13	WHEREAS, so that they may continue to collaborate on the contemplated amended
14	complaint, and in the interest of avoiding potentially unnecessary briefing, the Parties have agreed to
15	extend the briefing schedule for the Motion to Dismiss as follows:
16	- Last day to file Opposition: July 6, 2022;
17	- Last day to file Reply: July 20, 2022; and
18	WHEREAS, the Parties' stipulated briefing schedule does not alter or affect any other dates or
19	deadlines currently set by the Court, nor does it alter or affect the scheduled hearing date for the
20	Motion to Dismiss;
21	NOW, THEREFORE, the Parties hereby stipulate and agree that Plaintiff's deadline to file an
22	Opposition to the Motion to Dismiss shall be July 6, 2022 and that Defendant's deadline to file a
23	Reply shall be July 20, 2022, subject to approval by the Court.
24	IT IS SO STIPULATED.
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: June 6, 2022 | SETAREH LAW GROUP |
| 2 | | |
| 3 | | By:  */s/ Maxim Gorbunov* |
| 4 | | Shaun Setareh<br>Jose Maria D. Patino, Jr. |
| 5 | | Maxim Gorbunov<br>Attorneys for Plaintiff<br>LAWRENCE KELLY, JR. |
| 7 | Dated: June 6, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | | By  */s/ Sarah Zenewicz* |
| 10 | | Eric Meckley<br>Sarah Zenewicz |
| 11 | | Kassia Stephenson<br>Attorneys for Defendant<br>ARAMARK SERVICES, INC. |

**Attestation Regarding Signatures**

I, Maxim Gorbunov, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                     */s/ Maxim Gorbunov*

1 | Shaun Setareh (SBN 204514)
  | shaun@setarehlaw.com
2 | Jose Maria D. Patino, Jr. (SBN 270194)
  | jose@setarehlaw.com
3 | Maxim Gorbunov (SBN 343128)
  | maxim@setarehlaw.com
4 | SETAREH LAW GROUP
  | 9665 Wilshire Boulevard, Suite 430
5 | Beverly Hills, California 90212
  | Telephone (310) 888-7771
6 | Facsimile (310) 888-0109

Attorneys for Plaintiff  LAWRENCE KELLY, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAWRENCE KELLY, JR, on behalf of himself and all others similarly situated, | Case No. 4:22-cv-01272-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PURSUANT TO LOCAL RULES 6-1, 6-2** |
| vs. | |
| ARAMARK SERVICES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| Defendant. | Action Filed: March 3, 2022 |

Case No. 4:22-cv-01272-HSG

ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS

# ORDER

Pursuant to the stipulation of Plaintiff Lawrence Kelly and Defendant Aramark Services, Inc., Plaintiff's deadline to file an Opposition to the Motion to Dismiss is continued to July 6, 2022, and Defendant's deadline to file a Reply is continued to July 20, 2022.

**IT IS SO ORDERED.**

**Dated:** 6/7/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge