1 | Shaun Setareh (SBN 204514)
  | shaun@setarehlaw.com
2 | Jose Maria D. Patino, Jr. (SBN 270194)
  | jose@setarehlaw.com
3 | Maxim Gorbunov (SBN 343128)
  | maxim@setarehlaw.com
4 | SETAREH LAW GROUP
  | 9665 Wilshire Boulevard, Suite 430
5 | Beverly Hills, California 90212
  | Telephone (310) 888-7771
6 | Facsimile (310) 888-0109

Attorneys for Plaintiff LAWRENCE KELLY, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAWRENCE KELLY, JR, on behalf of himself and all others similarly situated, | Case No. 4:22-cv-01272-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PURSUANT TO LOCAL RULES 6-1, 6-2** |
| vs. | |
| ARAMARK SERVICES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| Defendant. | Action Filed: March 3, 2022 |

Case No. 4:22-cv-01272-HSG

ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS

# ORDER

Pursuant to the stipulation of Plaintiff Lawrence Kelly and Defendant Aramark Services, Inc., Plaintiff's deadline to file an Opposition to the Motion to Dismiss is continued to August 6, 2022, and Defendant's deadline to file a Reply is continued to August 20, 2022.

**IT IS SO ORDERED.**

**Dated:** 7/6/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge