Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Jose Maria D. Patino, Jr. (SBN 270194)
  jose@setarehlaw.com
Maxim Gorbunov (SBN 343128)
  maxim@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff  LAWRENCE KELLY, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KELLY, JR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 4:22-cv-01272-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PURSUANT TO LOCAL RULES 6-1, 6-2**<br><br>Action Filed: March 3, 2022 |

**ORDER**

Pursuant to the stipulation of Plaintiff Lawrence Kelly and Defendant Aramark Services, Inc., Plaintiff's deadline to file an Opposition to the Motion to Dismiss is continued to September 6, 2022, and Defendant's deadline to file a Reply is continued to September 20, 2022.

**IT IS SO ORDERED.**

**Dated:** 8/9/2022

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

Case No. 4:22-cv-01272-HSG
ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS