Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Jose Maria D. Patino, Jr. (SBN 270194)
  jose@setarehlaw.com
Maxim Gorbunov (SBN 343128)
  maxim@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff  LAWRENCE KELLY, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KELLY, JR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 4:22-cv-01272-HSG<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Action Filed: March 3, 2022 |

Case No. 4:22-cv-01272-HSG

ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

**ORDER**

Pursuant to the Joint Stipulation for Plaintiff to File First Amended Complaint ("Stipulation") entered into and filed by Plaintiff Lawrence Kelly and Defendant Aramark Services, Inc., the Court hereby orders as follows:

1. Plaintiff is permitted to file the First Amended Complaint ("FAC") attached as Exhibit A to the Stipulation and will file the FAC within five days of this order;

2. Defendant's responsive pleading will be due thirty days after Plaintiff files the FAC; and

3. The Motion to Dismiss hearing set for October 27, 2022 (ECF No. 12) will be vacated upon the filing of the FAC.

**IT IS SO ORDERED.**

Dated: 9/21/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge