UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KELLY,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAMARK SERVICES, INC.,<br><br>        Defendant. | Case No. 22-cv-01272-AMO<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED** |

On June 21, 2024, the Court granted the parties' stipulation to extend the deadline for Plaintiff Lawrence Kelly to file his motion for preliminary approval of class action settlement, making August 8, 2024, the date the parties jointly proposed, the new deadline for the motion. ECF 59. As of the filing of this order, no motion for preliminary approval has been filed, and no additional activity has occurred in this case except a notice of change in counsel by one of Kelly's attorneys. ECF 60.

Accordingly, because Kelly has failed to comply with the deadline set by the Court on the parties' joint request, by no later than December 9, 2024, Kelly shall file a written response, of no more than three pages, explaining why he should not be sanctioned for failure to comply with the Court's deadline. Defendant may file a written response, of no more than three pages, by December 9, 2024. The Court sets an in-person show cause hearing for December 12, 2024, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: November 27, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**